UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA,      )
                               )
        v.                     )   Cr. No. 09-10243-MLW
                               )
RYAN HARRIS et al.,            )
        Defendant.             )
```

ORDER

WOLF, D.J.                                      October 20, 2011

For the reasons described in court on October 20, 2011, it is hereby ORDERED that:

1. By November 4, 2011, the parties shall file supplemental memoranda on defendant's Motion to Dismiss. The parties shall address, among other things, the implications of the decisions in United States v. Barletta, 644 F.2d 50 (1st Cir. 1981); United States v. Jalbert, 242 F. Supp. 2d 44 (D. Me. 2003); and United States v. Salemme, 1997 WL 810057 (D. Mass. Dec. 29, 1997). Any replies shall be filed by November 14, 2011.

3. A hearing on the Motion to Dismiss will be held on December 8, 2011, at 3:00 p.m.

4. If this case is not dismissed, trial shall commence on February 6, 2012.


                        /s/ Mark L. Wolf
                UNITED STATES DISTRICT JUDGE