UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) |
| v. | ) ) Criminal No. 09-10243-MLW ) |
| RYAN HARRIS AND TCNISO, INC. | ) ) ) |

DISMISSAL OF ALL COUNTS AS TO
DEFUNCT CORPORATE DEFENDANT TCNISO, INC.

The United States dismisses all counts of the above-captioned Indictment as to defunct corporate defendant TCNiSO, Inc. The indictment charges TCNISO with aiding and abetting the commission of, and conspiracy to commit, wire fraud and computer fraud in violation of 18 U.S.C. §§371, 2. As grounds for this dismissal, the government states that TCNISO is defunct, its corporate status has been suspended, it is not represented by counsel and has not made any appearance in or otherwise defended this prosecution.

Respectfully Submitted,

/s/ Adam Bookbinder
Adam J. Bookbinder
Assistant U.S. Attorney

Mona Sedky
Trial Attorney, U.S. Dept. of Justice

Leave to File Granted By:

Chief Judge Mark L. Wolf
U.S. District Court

1