UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 09-10243-MLW |
| ) | |
| v. ) | |
| ) | |
| RYAN HARRIS, ) | |
| ) | |
| Defendant ) | |

**GOVERNMENT'S PROPOSED *VOIR DIRE* QUESTIONS**

The government asks the Court to include in its *voir dire* of the jury the following questions:

1. Have you, a family member, or someone close to you ever been involved in a criminal case as either a victim, a witness, or a person charged with a crime?

2. Are you, a family member, or someone close to you involved in the criminal justice system as a prosecutor, a defense attorney, or an employee of either a prosecutor or a defense attorney?

3. Are you, a family member, or someone close to you employed by any law enforcement agency?

4. Have you, a family member, or someone close to you had an experience, favorable or unfavorable, with a law enforcement official or with the criminal justice system that might influence your consideration of this case?

5. Have you, a family member, or someone close to you ever obtained television or internet access without paying the required fees?

6. One or more of the witnesses in this case has been convicted of a federal crime and has entered into a plea agreement with the U.S. Attorney's Office in which he has agreed to cooperate with the government's investigation. Do you have any feelings about cooperating

defendants that might prevent you from assessing the credibility of this witness fairly?

                      Respectfully submitted,

                      CARMEN M. ORTIZ
                      Acting United States Attorney


By:    */s/ Adam Bookbinder*
          Adam J. Bookbinder
          Assistant U.S. Attorney
          Mona Sedky
          Department of Justice Trial Attorney


## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                      */s/ Adam J. Bookbinder*


Dated: January 13, 2012